## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

BRANDY LEE PARK,          )
                                      )
     Plaintiff,          )       NO. 3:09-00305
                                        )       JUDGE HAYNES
                                        )
                                        )
KIMC NASHVILLE, LLC a/k/a   )
MEDVANCE INSTITUTE, and    )
                                        )
     Defendant.        )

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant KIMC Nashville,

LLC also known as MedVance Institute's motion to dismiss (Docket Entry No. 15) is

**GRANTED**. Upon review of the file this action is **DISMISSED with prejudice**. Any appeal of

this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _13th_ day of November, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge